UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY B. DUNN,

    Plaintiff,

v.                                                Case No. 5:18cv12-TKW-MJF

RICHARDS, et al.,

    Defendants.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 55) and Plaintiff's objections (Doc. 56). Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge that Plaintiff's complaint is due to be dismissed for failure to exhaust administrative remedies.

Accordingly, it is **ORDERED** that:

1. Plaintiff's objections to the magistrate judge's Report and Recommendation overruled, and the Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motions to dismiss (Docs. 48, 49) are **GRANTED**, and Plaintiff's claims against Defendants are **DISMISSED with prejudice**.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 27th day of January, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**